UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDWARD LOUIS ESPOSITO,

        Plaintiff,

        v.                                          Case No. 19-C-1875

RN JULIE and
CO MANN,

        Defendants.

## ORDER

Plaintiff Edward Louis Esposito filed this lawsuit pursuant to 42 U.S.C. § 1983, alleging that his civil rights were violated. Presently before the court is Plaintiff's motion to supplement his complaint. Plaintiff's motion fails to comply with the local rule governing amendment of pleadings. Civil L.R. 15(b) states:

> A motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleadings must be filed as an attachment to the motion to amend.

Plaintiff has failed to file a proposed amended complaint attached to his motion and instead requests that the court accept his supplemental allegations. The court will not allow Plaintiff to supplement his complaint with piecemeal allegations because the federal rules do not require the court and the defendants to "forever sift through [their] pages" to determine which allegations are made against each defendant. *Jennings v. Emr*, 910 F.2d 1434, 1436 (7th Cir. 1990). The complaint and the supplemental information also make it difficult for the defendants "to file a responsive pleading and makes it difficult for the trial court to conduct orderly litigation." *Vicom,*

*Inc. v. Harbridge Merchant Servs., Inc.*, 20 F.3d 771, 775–76 (7th Cir. 1994). As a result, Plaintiff's motion to supplement his complaint (Dkt. No. 13) is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin this 5th day of February, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court